### 1459.   MORRIS *v.* THE STATE.

HILL, C. J.   Where one was on trial for the offense of larceny, and the only evidence relied upon by the State was the inference of guilt which arose from the possession of the recently stolen property, and the defendant met this inference with an explanation of that possession, which, if true, was consistent with his innocence, it was the duty of the court, without a request, to submit to the jury the question whether that explanation was reasonable and satisfactory; and an entire failure to charge as to the evidentiary value of the possession when weighed in connection with the explanation is cause for a new trial.   *Paulk* v. *State,* 2 *Ga. App.* 660 (58 S. E. 1108) ; *Evans* v. *Nail,* 1 *Ga. App.* 44 (57 S. E. 1020) ; *Tarver* v. *State,* 95 *Ga.* 223 (21 S. E. 381) ; 25 Cyc. 136, 137.   *Judgment reversed.*

Accusation of larceny, from Chattooga superior court—Judge Wright.   October 17, 1908.

Argued November 23,—Decided December 8, 1908.

*J. M. Bellah, Wesley Shropshire,* for plaintiff in error.

*W. H. Ennis, solicitor-general,* contra.